FILED
2025 SEP 22
CLERK
U.S. DISTRICT COURT

FELICE JOHN VITI, Acting United States Attorney (#7007)
JONATHAN STOWERS, Assistant United States Attorney (#16374)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | <u>MISDEMEANOR INFORMATION</u> |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1325(a)(2) |
| vs. | : | |
| | | (ELUDING EXAMINATION OR |
| CRISTIAN JUAREZ-RAMIREZ, | : | INSPECTION BY IMMIGRATION OFFICERS) |
| Defendant. | : | Case: 2:25−po−00750<br>Assigned To : Romero, Cecilia M.<br>Assign. Date : 9/22/2025<br>Description: USA v Juarez−Ramirez |

The United States Attorney charges:

<u>COUNT I</u>

That the defendant herein,

CRISTIAN JUAREZ-RAMIREZ,

an alien, between on or about February 19, 2018, until September 21, 2025, did

knowingly elude examination and inspection by immigration officers until his

apprehension on or about September 21, 2025, by immigration officers in the District of Utah, all in violation of Title 8, United States Code, Section 1325(a)(2).

DATED this 22nd day of September, 2025.

FELICE JOHN VITI
Acting United States Attorney

For: _____
JONATHAN STOWERS
Assistant United States Attorney